IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ULRIKE JORGENSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION 09-0377-WS-B |
| | ) |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

In a pair of Motions to Dismiss (docs. 49, 51), plaintiff has notified the Court that her claims against all four defendants in this action have been compromised and settled. Plaintiff has further advised the Court that the parties request the dismissal of all of plaintiff's claims with prejudice.

In light of these Motions and plaintiff's representations that all matters and things in controversy herein have been fully settled and compromised, both Motions to Dismiss are **granted** pursuant to Rule 41(a)(2), Fed.R.Civ.P. To effectuate the parties' settlement, plaintiff's claims against defendants are hereby **dismissed with prejudice**, with each party to bear her or its own costs unless the parties have agreed otherwise. The Clerk of Court is directed to close this filed for statistical and administrative purposes.

DONE and ORDERED this 19th day of February, 2010.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE